**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nicole A. Snyder f/k/a Nicole A. Stauffer<br>Debtor(s) | BK NO. 19-05362 HWV<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ Rebecca Solarz
                                  Rebecca Solarz
                                  07 Mar 2022, 11:43:26, EST

                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  215-627-1322