United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-05362-HWV
Nicole A Snyder  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 3
Date Rcvd: Jan 02, 2024  Form ID: 3180W  Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole A Snyder, 148 Furnace Rd., Middleburg, PA 17842-1005 |
| 5303479 | + | AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 5283325 | + | Advantage Credit Counseling Service, 2403 Sidney St., Suite 400, Pittsburgh, PA 15203-2181 |
| 5283342 | + | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard Suite 1400, Philadelphia, PA 19103-1814 |
| 5304354 | + | Thomas Song, Cenlar FSB, Bk. Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 5283350 | + | Union County Probation Department, 103 South 2nd St., Lewisburg, PA 17837-1903 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5283326 | + | Email/PDF: bncnotices@becket-lee.com | Jan 02 2024 19:22:52 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5283327 | | Email/PDF: bncnotices@becket-lee.com | Jan 02 2024 19:33:26 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 5283328 | ^ | MEBN | Jan 02 2024 19:17:01 | Amerihome Mortgage Company, LLC, 425 Phillips Blvd., PO Box 77404, Ewing, NJ 08628-6404 |
| 5283331 | + | Email/Text: bankruptcy@bbandt.com | Jan 02 2024 19:23:00 | BB&T, PO Box 1704, Clemmons, NC 27012-1704 |
| 5283330 | + | EDI: BANKAMER | Jan 03 2024 00:21:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5283329 | | EDI: BANKAMER | Jan 03 2024 00:21:00 | Bank of America, 4060 Ogletown/Stanton Rd., DE5-019-03-07, Newark, DE 19713 |
| 5283336 | | EDI: CITICORP | Jan 03 2024 00:21:00 | Citibank, N.A., Attn: Bankruptcy Dept., P.O. Box 20507, Kansas City, MO 64195 |
| 5283332 | + | EDI: CAPITALONE.COM | Jan 03 2024 00:21:00 | Capital One, Attn: Bankruptcy Dept., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5294009 | | Email/PDF: bncnotices@becket-lee.com | Jan 02 2024 19:22:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5283335 | + | EDI: CITICORP | Jan 03 2024 00:21:00 | Citi Bank, Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 5300569 | | EDI: CITICORP | Jan 03 2024 00:21:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5283337 | + | EDI: CITICORP | Jan 03 2024 00:21:00 | Citicards CBNA, 5800 South Corporate Place, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5283338 | | EDI: WFNNB.COM | Jan 03 2024 00:21:00 | Comenity Bank-American Kennel Club, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5283339 | + | EDI: WFNNB.COM | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5283340 | | EDI: WFNNB.COM | Jan 03 2024 00:21:00 | Comenity Bank-Peebles, Bankruptcy Department, PO Box 182789, Columbus, OH 43218-2789 |
| | | | Jan 03 2024 00:21:00 | Comenity Bank-Ultimate Rewards, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5452630 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 02 2024 19:23:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5452629 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 02 2024 19:23:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 5283333 | | EDI: JPMORGANCHASE | Jan 03 2024 00:21:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 5283334 | | EDI: JPMORGANCHASE | Jan 03 2024 00:21:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850 |
| 5291623 | + | Email/Text: RASEBN@raslg.com | Jan 02 2024 19:23:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5283341 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 02 2024 19:23:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5494008 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 02 2024 19:23:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 5413633 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jan 02 2024 19:23:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5494009 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 02 2024 19:23:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, C/O RightPath Servicing 75261-9096 |
| 5413634 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jan 02 2024 19:23:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098, Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB 48098-2639 |
| 5283343 | | Email/Text: bankruptcynotices@psecu.com | Jan 02 2024 19:23:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 5302126 | | EDI: Q3G.COM | Jan 03 2024 00:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5283344 | | Email/Text: bankruptcy@bbandt.com | Jan 02 2024 19:23:00 | Sheffield Financial, PO Box 580229, Charlotte, NC 28258-0229 |
| 5283345 | + | Email/Text: bankruptcy@bbandt.com | Jan 02 2024 19:23:00 | Sheffield Financial Corp, PO Box 1704, Clemmons, NC 27012-1704 |
| 5366796 | ^ | MEBN | Jan 02 2024 19:17:23 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5283346 | | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank-Sam's Club, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5283347 | + | EDI: SYNC | Jan 03 2024 00:21:00 | Synchrony Bank-Sam's Club, Inc., 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5283348 | + | Email/Text: amccoy@synerpriseconsulting.com | Jan 02 2024 19:23:00 | Synerprise Consulting Service, Inc., 5651 Broadmoor, Mission, KS 66202-2407 |
| 5304436 | + | Email/Text: bncmail@w-legal.com | Jan 02 2024 19:23:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5283349 | + EDI: WTRRNBANK.COM | | Jan 03 2024 00:21:00 | TD Bank USA-Target Credit, NCD-0450, PO Box 673, Minneapolis, MN 55440-0673 |
| 5302042 | EDI: AIS.COM | | Jan 03 2024 00:22:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:

| **Name** | **Email Address** |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James McClure | on behalf of Debtor 1 Nicole A Snyder jmcclure@bmzlaw.com nvargas@bmzlaw.com;plarson@bmzlaw.com |
| Steven P. Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Nicole A Snyder | Social Security number or ITIN: xxx–xx–7010 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): | Social Security number or ITIN: ____ | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:19-bk-05362-HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicole A Snyder
fka Nicole A Stauffer

1/2/24

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**